STOTT v. TRANSAMERICAN PREM. INS.

No. 360P85.

Case below: 74 N.C. App. 786.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 19 September 1985.

TROXLER v. ROACH

No. 431P85.

Case below: 75 N.C. App. 512.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 19 September 1985.

VEPCO v. TILLETT

No. 227PA85.

Case below: 73 N.C. App. 512.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 19 September 1985.

WATTS v. CUMBERLAND COUNTY HOSP. SYSTEM

No. 383A85.

Case below: 75 N.C. App. 1.

Petition by defendant Hall for discretionary review under G.S. 7A-31 denied as to additional issues 19 September 1985.

WATTS v. SCHULT HOMES CORP.

No. 440P85.

Case below: 75 N.C. App. 110.

Petition by defendant (Schult Homes Corporation) for discretionary review under G.S. 7A-31 denied 19 September 1985.